IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LESAMUEL PALMER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D16-3216

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed November 2, 2016.

Petition for Belated Appeal -- Original Jurisdiction.

LeSamuel Palmer, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. Petitioner shall be allowed a belated appeal from the December 17, 2015, order in Bradford County Circuit Court case number 04-2012-CF-000249-A. Upon issuance of mandate in this cause, a copy of this opinion shall be provided to the clerk of the circuit court for treatment as the notice of appeal. Fla. R. App. P. 9.141(c)(6)(D).

OSTERHAUS, WINOKUR, and JAY, JJ., CONCUR.